IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ESTATE OF SALVATORE GALLINA, et al., | : : : | Case No. 1:23-cv-488 |
| | : : | Judge Matthew W. McFarland |
| Plaintiffs, | : : | Magistrate Judge Stephanie K. Bowman |
| v. | : : : | |
| GOOD SAMARITAN HOSPITAL, TRI HEALTH INC., et al., | : : : : | |
| Defendants. | : | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 5)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie Bowman (Doc. 5), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _/s/ Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND